JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO GREEN, also known as Khaleel Muhammad, individually and on behalf of the general public of California,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEPTA RUN, INC. a corporation; ED TSENG; HRT TRUCKING, INC., a corporation; CAP BARBELL INC., a corporation; DOES 1 THROUGH 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-10522-JWH-MRW<br><br>**JUDGMENT** |

Pursuant to the "Memorandum of Decision Pursuant to Rule 52(a) of the Federal Rules of Civil Procedure" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1332(a) & 1441.

2. The parties are:
   a. Plaintiff Enrico Green ("Plaintiff Green"); and
   b. Defendants Hepta Run, Inc. ("Defendant Hepta Run"); Ed Tseng; HRT Trucking, Inc.; CAP Barbell Inc.; and Does 1 through 100.

3. The operative pleading is Plaintiff Green's Second Amended Complaint [ECF No. 1-1], which asserts eight claims for relief.

4. Defendant CAP Barbell Inc. was voluntarily **DISMISSED** from this action on or about December 10, 2019.

5. Defendant Ed Tseng was **DISMISSED** from this action for lack of personal jurisdiction on or about April 2, 2020.

6. Defendant HRT Trucking, Inc. and fictitiously named Defendants Does 1 through 100 were **DISMISSED** from this action on or about July 16, 2021.

7. Plaintiff Green's third claim for relief for "Failure to Pay Piece Rate Employee Separate Compensation for Rest Periods," fourth claim for relief for "Failure to Provide Required Meal Periods," and fifth claim for relief for "Failure to Provide Required Rest Periods," are **DISMISSED** as preempted by federal law.

8. Plaintiff Green voluntarily **DISMISSED** his seventh claim for relief for "Failure to Provide Accurate Itemized Wage Statements" and eighth claim for relief for "Unfair Business Practices."

9. On Plaintiff Green's first claim for relief for "Failure to Reimburse All Necessary Expenditures," second claim for relief for "Failure to Pay Piece Rate Employee Minimum Wages for Nonproductive Time," and sixth claim for relief for "Failure to Pay All Earned Wages after Separation," Plaintiff Green shall have **JUDGMENT** in his favor, and against Defendant Hepta Run, in the total amount of **$112,509.07**.

10. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 28, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE